RICHARD S. CHILDS, Appellant, *v.* ROBERT MOSES et al., Respondents.

Argued April 8, 1943; decided May 27, 1943.

*Samuel D. Smoleff* for appellant.

*Jeremiah M. Evarts, Assistant Corporation Counsel (William S. Lebwohl* of counsel), for respondents.

*Townsend Scudder, Louis C. Wills* and *Henry J. Davenport* for Chamber of Commerce of Borough of Queens and Brooklyn Real Estate Board; Brooklyn Chamber of Commerce and Downtown Brooklyn Association, *amici curiae.*

Judgment affirmed, with costs; no opinion. (See 290 N. Y. 925.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.